AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Peter J. Harding | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Peter J. Harding
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(C) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     01/11/2021

Robin M. Meriweather
2021.01.11 19:21:43 -05'00'
*Issuing officer's signature*

City and state:     Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* JANUARY 11, 2021, and the person was arrested on *(date)* JANUARY 13, 2021 at *(city and state)* ELMA, NEW YORK. |
| Date: 1/14/21 |
| *Arresting officer's signature* |
| CHRISTOPHER BUSCAGLIA, SPECIAL AGENT |
| *Printed name and title* |