UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                  23-CR-80 ABJ

PETER HARDING

CONSENT MOTION TO AMEND CONDITIONS OF RELEASE

Heather Shaner, in consultation with PTS Officer Macaluso in the Western District of New York and AUSA Woo, now files this Consent Motion to Amend the Conditions of Release for Peter Harding.

The parties Consent to the removal of Electronic Monitoring and Curfew as unnecessary conditions. The remaining Conditions of Release will apply.

**WHEREFORE,** the defendant requests the Conditions of Release be Amended to Personal Recognizance with the Curfew and Electronic Monitoring conditions removed.

Respectfully submitted,

_____/s/_____
H. Heather Shaner DC Bar #273276
Appointed by the Court for Peter Harding
1702 S Street N.W.
Washington, D.C. 20009
hhsesq@aol.com//202 2658210