UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   23-CR-80 ABJ

PETER HARDING

MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL BASED ON IRRECONCILABLE DIFFERENCES

Court Appointed Counsel, Heather Shaner, now moves this Court to permit her to withdraw from representation of the defendant due to irreconcilable differences. See District of Columbia Rules of Professional Conduct 1.16.. In support of this Motion Counsel states:

1. Counsel was appointed on March 13, 2023 replacing retained counsel who had moved to withdraw;

2. Counsel and the defendant have been in frequent contact;

3. Counsel and AUSA Woo have met with the defendant for a reverse proffer;

4. There are two pending issues:

Whether the defendant will accept the pending plea or exercise his right to go to trial; and

When the Government will return property to the defendant as requested or if new counsel must file a Motion for Return of Property.

5. Counsel and the defendant have reached an impasse that compels counsel to moves for permission to withdraw and to terminate representation and for appointment of new counsel for Mr. Harding

WHEREFORE counsel request the Court Grant this Motion.

Respectfully submitted,

_____/s/_____
H. Heather Shaner DC Bar #273276
Appointed by the Court for Peter Harding
1702 S Street N.W.
Washington, D.C. 20009
hhsesq@aol.com//202 2658210