UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PETER J. HARDING,<br><br>    Defendant. | Case No. 1:23-CR-00080 (ABJ) |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Peter J. Harding, through counsel, hereby move the Court to continue the status conference in this matter, now scheduled for July 2, 2024, by 45 days to August 28, 2024, or a date thereafter as is convenient to the Court. The government will be producing discovery that current defense counsel has not previously received. The government and counsel for the Defendant have conferred and believe the additional time will ensure that current counsel for the Defendant has sufficient time to review the additional discovery in advance of requesting a trial date.

The parties agree that the time from July 2, 2024, up to and including the rescheduled status conference should be excluded so that the Defendant can continue to review discovery and the parties can continue to consider potential resolution. The parties submit that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the Defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

*/s/ Kathryn E. Bolas*
KATHRYN E. BOLAS
Assistant U.S. Attorney
NY Bar No. 5704234
United States Attorney's Office
Capitol Siege Section
601 D Street, NW
Washington, D.C. 20530
Phone: 202-252-0872
Kathryn.Bolas@usdoj.gov


JENNIFER LEIGH BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 803-1590
Email: Jennifer.blackwell3@usdoj.gov


*Attorneys for the United States*

*/s/ Stephen F. Brennwald*
Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
(202) 544-7626 (facsimile)
E-mail: sfbrennwald@cs.com

*Attorney for the Defendant*