UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-80 (ABJ) |
| | : | |
| **PETER J. HARDING,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Pursuant to the motion filed by the United States, ECF 71, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
HONORABLE AMY BERMAN JACKSON
United States District Court Judge